**Leonard Marvin LAWS, Appellee,**

v.

**Bill ARMONTROUT, Appellant.**

**No. 87–1018–EM.**

United States Court of Appeals, Eighth Circuit.

April 28, 1988.

## ON PETITION FOR REHEARING EN BANC

Appellee's petition for rehearing en banc has been considered by the Court and is granted. The opinion previously filed on December 9, 1987, 834 F.2d 1401, and the judgment entered in accordance with it are vacated and withdrawn.